# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ANGEL H.,

                Plaintiff,                25 **CIVIL** 00131(GRJ)

    -against-                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated October 6, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 12) is GRANTED, and this case is remanded for further administrative proceedings consistent with this Decision and Order. Accordingly, this case is closed.

**Dated:**  New York, New York

      October 8, 2025

                                                      **TAMMI M. HELLWIG**

                                                              Clerk of Court

                              **BY:**

                                                               **Deputy Clerk**